# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Operating Engineers Local #49, Health & Welfare Fund, Central Pension Fund of the International Union Operating Engineers and Participating Employers, Local No 49 International Union of Operating Engineers & Associated General Contractors of MN Apprenticeship & Training Program

Case No. Civil 00-2671 ADM/SRN

v.

**JUDGMENT IN A CIVIL CASE**

Capitol Roofing Corporation, and
Shawn P. Archambault

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** That default judgment is entered in favor of the Plaintiffs and against the defendants as follows:

(a) Against Capitol Roofing Corporation only in the amount of $5,910.87;

(b) Against Capitol Roofing corporation and Shawn P. Archambault, jointly and severally, in the amount of $4,384.24.

DATE: February 26, 2001

FRANCIS E. DOSAL, CLERK

Mary Kaye Conery

Mary Kaye Conery, Deputy Clerk